IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| TEMON JARMELL WILLIAMS, | * |
| Petitioner, | * |
| v. | Case No. 3:21-cv-92-CDL-CHW |
| | * |
| WARDEN TARMARSHE SMITH, | |
| | * |
| Respondent. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated March 13, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 13th day of March, 2023.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk